Bankruptcy No. 18-10550    Adversary No. 23-00002

## CERTIFICATE OF SERVICE

I, __Howard Gershman__ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __January 11, 2023__ (date) by:

(X) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

Upon VSCP Law Firm and Defendants Engstrom as Administrators by mail upon their counsel, Barley Snyder LLC--Eden Bucher, Esquire and Latisha Bernard Schuenenmann, Esquire, 2755 Century Blvd, Wyomissing, PA 19610  per agreement to accept service.  Cover letter attached.

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__Jan. 11, 2023__     __[signature]__
Date                   Signature

Print Name         Howard Gershman
Business Address   135 Old York Road  (new)
City, State, Zip   Jenkintown, PA 19046

# GERSHMAN LAW OFFICES, PC
## A PROFESSIONAL CORPORATION

HOWARD GERSHMAN
ATTORNEY AT LAW

610 YORK ROAD, SUITE 200
JENKINTOWN, PA 19046
TELEPHONE: 215-886-1120
FACSIMILE: 215-886-1118
howard@gershman-law.com

January 11, 2022

Barley Snyder LLC
Eden Bucher, Esquire
Latisha Bernard Schuenenmann, Esquire
2755 Century Blvd.
Wyomissing, PA 19610

Re: *Feldman, Trustee v. VSCP Law Firm, et al*
*ED PA Bankruptcy Court Adv. No. 23-00002 PMM*

Dear Ms Bucher and Ms Schuenenmann:

For each of you please find a true and correct copy of the Complaint for Turnover and the Summons issued today; the response deadline is February 10, 2023.

Thank you for the courtesy of accepting service on behalf of your respective clients, the VSCP Law Firm and the Administrators of the Estate of Thomas C. Engstrom, Deceased.

I look forward to resolving the matter.

Very truly yours,

HOWARD GERSHMAN

HG:gbs
Enc.

(Please note that beginning January 16, 2023, my new street address will be *135 OLD YORK ROAD, JENKINTOWN, PA 19046*)